**FILED**

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0279

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0279

| | |
|---|---|
| DANA ROLAN, on her own behalf and on behalf of the class she represents,<br><br>Plaintiffs/Appellees,<br><br>vs.<br><br>NEW WEST HEALTH SERVICES, DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY and DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Defendants/Appellants. | **GRANT OF EXTENSION** |

Pursuant to M. R. App. P. 26 (2) and upon Uncontested Motion of Appellees for an extension of time to file their response brief and good cause appearing therefore;

IT IS HEREBY ORDERED that Appellees are granted a 14-day extension, up to and including November 6, 2020, within which to file their response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2020